UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| EMPLOYERS AND OPERATING ENGINEERS LOCAL 520 PENSION FUND, et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>CHAPMAN EXCAVATING & CONCRETE CONSTRUCTION, INC., )<br>)<br>Defendant. ) | Case No.: 06-CV-5-WDS |

## JUDGMENT

Plaintiffs filed this action on January 3, 2006 to recover from defendant Chapman Excavating & Concrete Construction, Inc. delinquent fringe benefit contributions and liquidated damages owed to the plaintiff benefit funds pursuant to the Employee Retirement Income Security Act, 29 U.S.C. §1132(g)(2) ("ERISA") and pursuant to the Labor Management Relations Act, 29 U.S.C. §185 ("LMRA"). Defendant was served with the summons and complaint on January 22, 2006 and has not appeared. Default was entered March 17, 2006, and counsel for defendant entered their appearance March 31, 2006, but have not filed any responsive pleadings.

Under ERISA, 29 U.S.C. §1132(g)(2) and §1145, and under the applicable collective bargaining agreement, defendant owes $35,137.56 in delinquent fringe benefit contributions and $3,513.76 in liquidated damages for the period of October 1, 2002 through June 30, 2005. The collective bargaining agreement and ERISA, 29 U.S.C. §1132(g)(2), also require defendant to pay plaintiffs' attorneys' fees and costs and audit/accounting costs. Plaintiffs incurred $467.00 in legal fees and $430.90 in costs. In addition, plaintiffs incurred $573.58 in audit/accounting fees. Based on the evidence presented, the Court further finds that the services performed by plaintiffs' attorneys were reasonable and necessary to the litigation of this case, that the rates charged were reasonable,

and that the amount sought for attorneys' fees is reasonable.  The total amount owed by defendant to plaintiffs is $40,122.80.

**IT IS HEREBY ORDERED** that plaintiffs' motion for judgment is **GRANTED.**

**IT IS FURTHER ORDERED** that judgment is entered in favor of plaintiffs and against defendant Chapman Excavating & Concrete Construction, Inc. in the amount of $40,122.80.

**SO ORDERED:**


_____s/*WILLIAM D. STIEHL*_____
**UNITED   STATES   DISTRICT   JUDGE**


**DATE:   June 14, 2006**